Thomas H. Allen, State Bar #11160
Philip J. Giles, State Bar #30340
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., #1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
E-mail: tallen@allenbarneslaw.com
pgiles@allenbarneslaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| JASON A. MCGILVRAY, | Case No.0:18-bk-10122-BMW |
| Debtor. | **DEBTOR'S UNOPPOSED MOTION TO DISMISS CASE** |

Jason A. McGilvray ("Debtor"), by and through undersigned counsel, hereby requests that the Court enter an Order dismissing the case pursuant to 11 U.S.C. § 1307(b), Bankruptcy Rules 1017(a) and (f)(2), and Local Rule 9013-1(d). In support of this Motion, the Debtor relies on the entire record of the case and the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  JURISDICTION AND VENUE**

1. This Court has jurisdiction over this case under 28 U.S.C. §§ 157 and 1334. This matter is a core matter under 28 U.S.C. § 157(b)(2)(A).

2. Venue for this case is proper in this District under 28 U.S.C. §§1408 and 1409.

3. The statutory predicate for the relief requested is 11 U.S.C. § 1307(b), Rule 1017(a) and (f)(2), and Local Rule 9013-1(d).

**II.  FACTUAL BACKGROUND**

4. Prior to filing this case, the Debtor was delinquent on creditor payments and needed the relief granted by a Chapter 13 case filing.

5. On August 21, 2018 ("Petition Date"), the Debtor filed, through undersigned counsel, a voluntary petition in this Court for relief under Chapter 13 of the Code thereby

Case 0:18-bk-10122-BMW    Doc 25    Filed 08/26/19    Entered 08/26/19 10:13:06    Desc
Main Document    Page 1 of 3

initiating the above-captioned case ("Case").

6. Debtor was recently informed he would be released from his job with the U.S. Customs and Border Patrol. His last day of employment is set for August 21, 2019. Debtor will no longer be able to fund a Chapter 13 Plan moving forward and will likely file a Chapter 7 case in the near future to discharge his outstanding debts.

## III. REQUEST FOR RELIEF

In a case originally commenced under Chapter 13, "[o]n request of the debtor at any time . . . the court shall dismiss the case." 11 U.S.C. § 1307(b). The debtor in such a case is entitled to dismissal as a matter of right, no hearing is required, and the court's participation is required only to verify that the case was commenced as a Chapter 13 case and to determine if any conditions should be attached to the dismissal. 8-1307 Collier on Bankruptcy P 1307.03 (15th 2015). "The debtor effectuates the dismissal by motion, but because there is no right to contest the dismissal . . . [n]o hearing is required." *Id.*; Rule 1017(a). The Debtor has "an absolute right to dismiss a chapter 13 petition." *Nash v. Kester*, 765 F.2d 1410, 1413 (9th Cir. 1985).

The Debtor commenced this case as a Chapter 13 case in an effort to reorganize his debts. The Debtor, with no income moving forward, will not be able to sustain a successful Chapter 13 Plan. Because the Debtor is entitled to dismiss this Case as a matter of right, Debtor expects this motion will be unopposed and the Court may enter the Order dismissing the Case without hearing.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an Order dismissing the case and granting any additional relief as the Court deems just and appropriate. A proposed form of Order is attached hereto as **Exhibit A**.

DATED: August 26, 2019

**ALLEN BARNES & JONES, PLC**

*/s/PJG 30340*
Thomas H. Allen
Phil J. Giles

{00185945}　-2-

| | |
|---|---|
| 1 | 1850 N. Central Ave., Suite 1150 |
| | Phoenix, AZ 85004 |
| 2 | Attorneys for Debtor |

3

4  **E-FILED** on August 26, 2019 with the
U.S. Bankruptcy Court and copies served
5  via ECF notice on all parties that have
appeared in the case.

6

**COPY** mailed the same date via U.S. Mail to:

7

Office of the U.S. Trustee
8  230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

9

**COPY** e-mailed the same date to:

10

Russell Brown, Trustee
11  3838 North Central Ave., #800
Phoenix, AZ 85012-1965
12  mail@ch13bk.com

13  Howard A. Chorost
21 East Speedway Blvd
14  Tucson, AZ 85705
hrchorost@me.com
15  *Attorney for Cabrillo Credit Union*

16  Joseph J. Tirello, Jr., Esq.
ZIEVE, BRODNAX & STEELE, LLP
17  3550 N. Central Ave., Ste. 625
Phoenix, AZ 85012
18  Jtirello@zbslaw.com
*Attorney for The Money Source, Inc.*
19
Jason McGilvray
20  2542 S. Avenue 7 3/4 E
Yuma, AZ 85365
21  senorsandman@gmail.com
*Debtor*
22
*/s/ Andrena Geiler*
23

24

25

26

27

28

{00185945}  -3-